IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **MANASSEH PHILIP, #43839-177,** § | |
| § | |
| Petitioner, § | |
| v. § | Civil Action No. **3:14-CV-2623-L** |
| § | |
| **UNITED STATES OF AMERICA**, § | |
| § | |
| Respondent. § | |

# ORDER

This case was referred to Magistrate Judge Irma Carrillo Ramirez, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 16) on April 12, 2016, recommending that the court deny Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 2), which was docketed on July 21, 2014, and dismiss this case with prejudice.  Petitioner filed objections to the Report, which were docketed on May 3, 2016.

After carefully reviewing the pleadings, file, objections, applicable law, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct.  Rather than dismissing the action at this time, however, the court **recommits** the case to the magistrate judge to consider the additional matters raised in Petitioner's objections and submit a supplemental Report that addresses these matters.  Any objections to the magistrate judge's supplemental Report **shall** be limited to the issues raised in Petitioner's objections to the first Report and addressed in the supplemental Report.

**Order – Page 1**

**It is so ordered** this 7th day of June, 2016.

_____
Sam A. Lindsay
United States District Judge

**Order – Page 2**